Hector LOPEZ, Petitioner–Appellant,

v.

UNITED STATES of America, Respondent–Appellee.

No. 10–7490.

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2011.

Decided: May 10, 2011.

Hector Lopez, Appellant pro se. William Jacob Watkins, Jr., Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hector Lopez, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lopez v. United States*, No. 4:10–cv–01598–HFF, 2010 WL 4007606 (D.S.C. Oct. 13, 2010). We deny Lopez's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*